# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Estella Rivera Varela,<br><br>   Plaintiff,<br><br>v.<br><br>Tucson Electric Power Company Incorporated, et al.,<br><br>   Defendants. | No. CV-23-00243-TUC-RM<br><br>**ORDER** |

  Pending before the Court is the parties' Stipulation for Dismissal. (Doc. 38.) The parties stipulate that the above-captioned matter may be dismissed in its entirety and with prejudice, with each party to bear its own costs and attorneys' fees. (*Id.*)

  **IT IS ORDERED**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' Stipulation (Doc. 38), that the above-captioned matter is **dismissed with prejudice**, with each party to bear its own costs and attorneys' fees. The Clerk of Court is directed to close this case.

  Dated this 12th day of March, 2025.

                                  Honorable Rosemary Márquez
                                  United States District Judge